USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA FORBES,

                Plaintiff,

      v.

TRI-COUNTY CARE, LLC., et al.,

                Defendants.

No. 21-CV-1366 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the initial pretrial conference scheduled for August 6, 2021 is hereby adjourned to August 20, 2021 at 3:00 p.m. This conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    August 6, 2021
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge