UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/06/2022

TINA FORBES,

                Plaintiff,

v.

TRI-COUNTY CARE, LLC and JAPHE DELIAT,

                Defendants.

No. 21-CV-1366 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A post-fact-discovery conference is scheduled in this case for tomorrow, Friday, January 7, 2022, at 11:30 a.m. Due to a scheduling conflict, that conference is hereby rescheduled for January 7, 2022 at 2:30 p.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    Per the Case Management Plan entered on September 10, 2021, Dkt. 24, the parties were to file a joint letter no later than one week in advance of the conference updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. The Court has not yet received the joint letter. The parties are to file said letter by the end of the day today, January 6, 2022.

SO ORDERED.

Dated:    January 6, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge