UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/07/2022

TINA FORBES,

                Plaintiff,

v.

TRI-COUNTY CARE, LLC and JAPHE DELIAT,

                Defendants.

No. 21-CV-1366 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        For the reasons discussed at today's conference, the deadline to complete all fact discovery shall be adjourned from January 14, 2022 to March 14, 2022. No later than January 14, 2022, the parties shall submit a letter advising the Court as to whether settlement is likely and whether they wish to be referred again to the Court's mediation program. In the event that the parties are unable to resolve this matter, they shall file a letter within one week of the close of fact discovery indicating whether they intend to proceed with expert discovery or to propose a briefing schedule for Defendants' anticipated motion for summary judgment.

SO ORDERED.

Dated:     January 7, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge