```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TINA FORBES,

                                  Plaintiff,

              -against-

TRI-COUNTY CARE, LLC and JAPHE
DELIAT,

                                Defendants.

------------------------------------------------------------------X

21-CV-1366 (RA) (KHP)

**ORDER SCHEDULING CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Honorable Ronnie Abrams has referred this case to me for resolution of the discovery dispute outlined in Plaintiff's Letter Motion at ECF No. 39.  The Court will discuss the pending motion during an in-person case management conference scheduled for April 19, 2022 at 3:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

       **SO ORDERED.**

DATED:      New York, New York
                 April 12, 2022

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge