# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

HARPREET KAUR
Associate
Licensed in NY
Email: hkaur@garfunkelwild.com
Direct Dial: (516) 393-2239

FILE NO.:   15478.0005

June 22, 2023

**By ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

      Re:   *Tina Forbes v. Tri-County Care, LLC & Japhe Deliat*
           Docket No. 21-cv-1366 (JHR)(KHP)

Dear Judge Rearden:

We represent Defendants Tri-County Care, LLC and Japhe Deliat (collectively "Defendants") in this action. We respectfully write to request that the Court correct a filing/clerical error in the papers filed on behalf of Defendants in support of their motion for summary dismissal (the "Motion").[1] Specifically, in reviewing the Court's docket it came to our attention that an unsigned copy of Mr. Jason Mazzuca's declaration in support of the Motion (the "Declaration") was inadvertently filed with the Court. *See* ECF Doc. # 60. The executed copy of the Declaration is annexed hereto as Exhibit A. As confirmed by Mr. Mazzuca in his declaration in further support of the Motion, dated April 19, 2023, he executed the declaration on August 31, 2022. *See* ECF Doc. # 76.

Thank you for Your Honor's time and attention to this matter.

Respectfully yours,

*/s/ Harpreet Kaur*

Harpreet Kaur

Enc.

cc:    All Counsel of Record

---

[1] The motion was fully submitted to the Court on or about April 19, 2023.

**NEW YORK**           **NEW JERSEY**           **CONNECTICUT**

6899189v.1