UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA FORBES,<br><br>      Plaintiff,<br><br>    -v.-<br><br>TRI-COUNTY CARE, LLC and JAPHE DELIAT,<br><br>      Defendants. | 21 Civ. 01366 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Before the Court is Defendants' motion for summary judgment (ECF No. 57). For reasons that will follow, Defendants' motion is granted.

  The Clerk of Court is directed to terminate the motion pending at ECF No. 57 and to close this case.

  SO ORDERED.

Dated: March 31, 2024
   New York, New York

                    _____
                    JENNIFER H. REARDEN
                    United States District Judge