# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

TINA FORBES,,

                Plaintiff,                  21 **CIVIL** 1366 (JHR)

    -against-                    **JUDGMENT**

TRI-COUNTY CARE, LLC and JAPHE DELIAT,.

                Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2024, Defendants' motion is granted, and the case is closed.

**Dated:** New York, New York
         March 31, 2024

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                           **BY:** _____
                                                       **Deputy Clerk**