# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TINA FORBES,

                Plaintiff,                21 **CIVIL** 1366 (JHR)

   -against-                           **JUDGMENT**

TRI-COUNTY CARE, LLC and JAPHE DELIAT,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 07, 2025, Defendants' motion for summary judgment is granted, and the case is closed.

**Dated:** New York, New York
          March 10, 2025

                                                   **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                      **BY:**  _____
                                                   **Deputy Clerk**